| | |
|---|---|
| 1 | Mark Holscher (SBN 139582) |
| 2 | mark.holscher@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 3 | 333 South Hope St.<br>Los Angeles, CA 90071 |
| 4 | Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |
| 5 | Gregg F. LoCascio, P.C. (admitted *pro hac vice*) |
| 6 | gregg.locascio@kirkland.com<br>Jonathan D. Brightbill (admitted *pro hac vice*) |
| 7 | jonathan.brightbill@kirkland.com<br>Ragan Naresh (admitted *pro hac vice*) |
| 8 | ragan.naresh@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 9 | 655 Fifteenth Street, N.W.<br>Washington, D.C. 20005 |
| 10 | Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |
| 11 | *Attorneys for Defendant* |
| 12 | *ABBOTT LABORATORIES, INC.* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. OTTO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., a Delaware Corporation, d/b/a Abbott Nutrition,<br><br>Defendants. | CASE NO. 5:12-CV-1411-SVW (DTBx)<br><br>**CLASS ACTION**<br><br>**DEFENDANT ABBOTT LABORATORIES, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO DISMISS UNDER RULE 12(b)(1)**<br><br>District Judge: Hon. Stephen V. Wilson<br>Magistrate Judge: Hon. David T. Bristow<br><br>Hearing Date: April 7, 2014<br>Hearing Time: 1:30 p.m.<br>Location:  312 North Spring Street<br>    Courtroom 6<br>    Los Angeles, CA 90012 |

MOTION FOR PARTIAL SUMMARY JUDGMENT OR TO DISMISS UNDER RULE 12(b)(1)

CASE NO. 12-CV-1411-SVW (DTBx)

## NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 7, 2014 at 1:30 PM, or as soon thereafter as this motion may be heard in the courtroom of the Honorable Stephen V. Wilson located at 312 North Spring Street, Los Angeles, CA 90012, Courtroom 6, Defendant Abbott Laboratories, Inc. will, and hereby does, move the Court for an order of partial summary judgment on the issue of Plaintiff Michael J. Otto's lack of standing to pursue the remaining claims alleged in his Second Amended Class Action Complaint and for an order dismissing with prejudice Otto's Second Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Defendant's Statement of Uncontroverted Facts and Statements of Law, the entire file in this matter, and the accompanying exhibits.

Accompanying this Notice of Motion and Motion, Memorandum of Points and Authorities, and Defendant's Statement of Uncontroverted Facts and Statements of Law are the Declaration of Jonathan Brightbill (further accompanied by Exhibits 1-24), the Declaration of Jana Mihaylova (further accompanied by Exhibits 1-8), and the Declaration of Dr. Kenneth Wilund (further accompanied by Exhibits 1-2). The Memorandum of Points and Authorities, Defendant's Statement of Uncontroverted Facts and Statements of Law, Declaration of Jonathan Brightbill (with exhibits), and Declaration of Jana Mihaylova (with exhibits) contain confidential and/or protected information and are being filed under seal pursuant to L.R. 79-5.1 and the parties' stipulated Protective Order (entered by Magistrate Judge Bristow on September 9, 2013) (D.I. 84).

This motion is made following the conference of counsel pursuant to L.R. 7-3, which was initiated on March 3, 2014 and conducted both in writing and

1  telephonically. Plaintiff has not agreed to withdraw or voluntarily dismiss his Second
2  Amended Complaint.
3
4
5  DATED: March 10, 2014                    Respectfully submitted,

6                                           */s/ Mark Holscher*
                                            Mark Holscher (SBN 139582)
7                                           mark.holscher@kirkland.com
                                            KIRKLAND & ELLIS LLP
8                                           333 South Hope St.
                                            Los Angeles, CA 09971
9                                           Telephone: (213) 680-8400
                                            Facsimile: (213) 680-8500
10
                                            Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
11                                          gregg.locascio@kirkland.com
                                            Jonathan D. Brightbill (admitted *pro hac vice*)
12                                          jonathan.brightbill@kirkland.com
                                            Ragan Naresh (admitted *pro hac vice*)
13                                          ragan.naresh@kirkland.com
                                            KIRKLAND & ELLIS LLP
14                                          655 Fifteenth Street, N.W.
                                            Washington, D.C. 20005
15                                          Telephone: (202) 879-5000
                                            Facsimile: (202) 879-5200
16
                                            *Counsel for Abbott Laboratories, Inc.*
17
18
19
20
21
22
23
24
25
26
27
28