1  Mark Holscher (SBN 139582)
   mark.holscher@kirkland.com
2  KIRKLAND & ELLIS LLP
   333 South Hope St.
3  Los Angeles, CA 90071
   Telephone: (213) 680-8400
4  Facsimile: (213) 680-8500

5  Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
   gregg.locascio@kirkland.com
6  Jonathan D. Brightbill (admitted *pro hac vice*)
   jonathan.brightbill@kirkland.com
7  Ragan Naresh (admitted *pro hac vice*)
   ragan.naresh@kirkland.com
8  KIRKLAND & ELLIS LLP
   655 Fifteenth Street, N.W.
9  Washington, D.C. 20005
   Telephone: (202) 879-5000
10 Facsimile: (202) 879-5200

11 *Attorneys for Defendants*
   *ABBOTT LABORATORIES, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. OTTO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., a Delaware Corporation, d/b/a Abbott Nutrition,<br><br>Defendants. | CASE NO. 5:12-CV-1411-SVW (DTBx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DR. KENNETH WILUND**<br><br>District Judge: Hon. Stephen V. Wilson<br>Magistrate Judge: Hon. David T. Bristow<br><br>Hearing Date: April 7, 2014<br>Hearing Time: 1:30 p.m.<br>Location:   312 North Spring Street<br>            Courtroom 6<br>            Los Angeles, CA 90012 |

I, Dr. Kenneth Wilund, hereby declare as follows:

1. I am an Associate Professor in the Department of Kinesiology and Community Health, and Division of Nutritional Sciences, at the University of Illinois at Urbana-Champaign. I received a B.S. in Nutritional Sciences and Ph.D. in Kinesiology from the University of Maryland. I completed a 4 year post-doctoral research fellowship in the Department of Molecular Genetics at the University of Texas Southwestern Medical Center. My primary line of research analyzes the effects of exercise and diet on co-morbidities including muscle wasting in kidney failure patients. I am an author on more than 50 scientific publications, including two review papers discussing the efficacy of HMB supplementation in clinical populations.

2. I was retained by Abbott Laboratories, Inc. to offer an opinion regarding whether research on $\beta$-hydroxy-$\beta$-methylbutyrate ("HMB") and vitamin D indicates that a blood serum vitamin D level of 30 ng/mL is a borderline deficient level of vitamin D below which an elderly adult cannot gain strength from consumption of HMB. My opinion is that: (1) the body of research on HMB suggests that chronic HMB supplementation at a level of 2-3 grams/day can significantly increase muscle mass, strength, and function in elderly adults, and (2) the scientific literature does not show that these benefits of HMB for muscle are dependent on an individual's vitamin D status. My Expert Report is attached as **Exhibit 1**.

3. A true and accurate copy of my curriculum vitae is attached as **Exhibit 2**.

4. I declare under penalty of perjury under the laws of the United States that the contents of my expert report as well as this declaration are true to the best of my knowledge.

Executed March 6, 2014, in Urbana, Illinois

*Ken Wilund*

Dr. Kenneth Wilund

DECLARATION OF DR. KENNETH WILUND                    1                    CASE NO. 5:12-CV-1411-SVW (DTBx)