FILED
CLERK, U.S. DISTRICT COURT

March 15, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CR\_\_\_\_ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. OTTO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., a Delaware Corporation, d/b/a Abbott Nutrition,<br><br>Defendant. | Case No.: 5:12-cv-01411-SVW(DTBx)<br>CLASS ACTION<br><br>**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>District Judge: Hon. Stephen V. Wilson<br>Magistrate: Hon. David T. Bristow<br><br>Action Filed: August 22, 2012<br>Trial Date: None Set |

1  The Court, having reviewed Plaintiff Michael J. Otto's request to dismiss his case, with prejudice, under Rule 41(a)(2) of the Federal Rules of Civil Procedure (Dkt. No. 264), and finding good cause therein, orders as follows:

This action and all of its claims are dismissed with prejudice, with all parties to bear their own costs and fees. The Clerk of the Court is directed to enter a judgment and close this case.

IT IS SO ORDERED.

Dated: March 15, 2016

Hon. Stephen V. Wilson
United States District Judge